# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **J&J Sports Productions, Inc.,**  **Plaintiff,**  vs.  **SAMMICA Z. CASH and**  **DEUCES BAR AND LOUNGE, LLC**  **Defendants.** | Case No.: 18-2297-SHM/cgc |

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW**, the undersigned, and hereby notices the Court of its Rule 41(A) voluntary dismissal of this matter.

/s/ Michael F. Braun

---

Michael F. Braun (BPR 032669)
Post Office Box 364
Brentwood, TN 37024
(615) 378-8942
mfb@braun-law.com