```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

J&J SPORTS PRODUCTIONS, INC.,

     Plaintiff,

V.                                              Civil No. 18-2297-SHM/cgc

SAMMICA Z. CASH and
DEUCES BAR AND LOUNGE, LLC,

     Defendants.

## ORDER OF DISMISSAL

    Plaintiff has submitted a Notice of Voluntary Dismissal indicating that this matter may be dismissed.  This case is therefore dismissed in its entirety.

    SO ORDERED this 14th day of August, 2019.

                                    *s/ Samuel H. Mays, Jr.*
                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE