UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**J&J SPORTS PRODUCTIONS, INC.,**

    **Plaintiff,**

V.                                                              Civil No. 18-2297-SHM/cgc

**SAMMICA Z. CASH and**
**DEUCES BAR AND LOUNGE, LLC,**

    **Defendants.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed August 14, 2019.

# APPROVED:

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| *August 14, 2019* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | *s/ Jairo Mendez* |
| | (By) DEPUTY CLERK |